# United States Court of Appeals for the Federal Circuit

---

**BITMANAGEMENT SOFTWARE GMBH,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2023-1506

---

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00840-EJD, Senior Judge Edward J. Damich.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 7, 2025
Date

Jarrett B. Perlow
Clerk of Court